FREY *v.* CITY OF MARIETTA *et al.*

ATKINSON, J. Under the pleadings and the evidence the court did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 1684.   MAY 14, 1920.

Petition for injunction. Before Judge Morris. Cobb superior court. September 13, 1919.

City tax executions for several years, aggregating over $1,000, having been levied on the plaintiff's property, he brought his petition praying for injunction against enforcement of the levy, and for decree requiring that certain sums due to him by the city be deducted from the amount of the executions, leaving a balance of $187 in the city's favor, which he, being solvent, offered to pay. The sums due to him were for the city's half (by agreement of the mayor and council with the plaintiff) of the expense of labor and material required to open a street for the city through the plaintiff's land, for wood furnished to the city on the mayor's order, and for a small city voucher transferred to the plaintiff. He alleged that the city was heavily indebted, and was insolvent. By demurrer and answer the defendants set up, in effect, that the

first item of indebtedness to the plaintiff was barred by limitation of four years; and that none of the items could be set off against the demand for taxes. Other contentions are not here material.

*H. B. Moss,* for plaintiff.

*J. Z. Foster,* for defendant.